**Order entered September 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01497-CR

**MICHAEL D'ANGELO MASON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80929-10**

## ORDER

The Court **GRANTS** appellant's September 24, 2013 motion for extension of time to file appellant's brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/     LANA MYERS
           JUSTICE